Charles W. DARLING, Appellant, v. AMERICAN GAS & POWER CO. et al.

No. 5889.

Circuit Court of Appeals, Third Circuit.

March 24, 1936.

Hering & Morris, of Wilmington, Del. (Arthur S. Friend and Arthur Berenson, both of New York City, of counsel), for appellant.

John Biggs, Jr., of Wilmington, Del. (Jacob K. Javits, of New York City, of counsel), for appellees.

Albridge C. Smith, of New York City, and Clarence A. Southerland, of Wilmington, Del. (Humes, Buck, Smith & Stowell, of New York City, and Ward & Gray, of Wilmington, Del., of counsel), for appellee American Gas & Power Company.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

This case depends on its own particular facts. The plan of reorganization approved by the judge below was adopted after full hearing of the views of all parties and due consideration had. On this appeal, counsel have been heard at length, and after consideration by this court, we have not been convinced of any error committed by the court below or that any better plan could be worked out.

So holding, the decree of the court is affirmed.